1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN M. LALLY (Cal. Bar No. 226402)
4  Assistant United States Attorney
   Chief, OCDETF Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:    (213) 894-2170
7       Facsimile:    (213) 894-0142
        E-mail:   kevin.lally@usdoj.gov
8

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 09-605-DDP |
|---|---|
| Plaintiff, | |
| v. | ORDER REDUCING DEFENDANT'S SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| MIRCO RODRIGUEZ, | |
| Defendant. | |

The Court has considered the stipulation of the parties to reduce defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Sentencing Guidelines Amendment 782 ("Amendment 782").

Having considered the eligibility criteria for such a sentence reduction, as well as "the factors set forth in 18 U.S.C. § 3553(a)," "the nature and seriousness of the danger to any person or the community that may be posed by a reduction in the defendant's term of imprisonment," and the "post-sentencing conduct of . . . defendant," USSG § 1B1.10, comment. (n.1(B)(i)-(iii)), the Court finds good cause to reduce defendant's sentence of imprisonment.

Accordingly, defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) is reduced to 120 months of imprisonment on count one of the Indictment. This sentence is to run concurrently with the undischarged 168-month term of imprisonment imposed in Los Angeles County Superior Court, case no. BA 336118, on October 1, 2009. All other provisions of the last judgment issued shall remain in effect.

IT IS SO ORDERED.

March 12, 2018
DATE

Percy Anderson
UNITED STATES DISTRICT JUDGE